IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>AGUSTIN HERNANDEZ,<br><br>　　　　　　　Defendant. | Case No.  1:22-cr-00062-JLT-SKO-18<br><br>**ORDER RE MOTION TO EXONERATE BOND**<br><br>Judge: Hon. Stanley A. Boone |

　　　　On March 7, 2024, the Court received correspondence from Leslie Quintana requesting the return of the bond she posted for Defendant Agustin Hernandez on April 8, 2022.  (ECF No. 456.)  The Court construes the correspondence as a motion under Fed. R. Crim. P. 46(g) for exoneration of the cash bond and full reconveyance of the $5,000.00 cash posted by Leslie Quintana.  (ECF Nos. 8, 9, 10, 11.)

　　　　On April 8, 2022, the Court ordered Defendant released on conditions including a $5,000 cash bond, which was posted that same date.  (ECF No. 10.)  Mr. Hernandez subsequently pleaded guilty and was sentenced on November 20, 2023, with a self-surrender date to the Bureau of Prisons on January 12, 2024.  (ECF Nos. 381, 387.)  Per the United States Marshals Service, Defendant surrendered to the Bureau of Prisons on January 12, 2024 and is currently serving his sentence.  Since no conditions of the bond remain to be satisfied, Ms. Quintana is now requesting that the $5,000 cash bond be exonerated and reconveyed to pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.

-2-

1 **ORDER**

2  IT IS HEREBY ORDERED that the Clerk of the Court exonerate the $5,000.00 cash
3  bond in the above-captioned case and reconvey the cash Leslie Quintana who originally posted
4  the cash bond.
5  The Clerk of Court is DIRECTED to serve a copy of this order on Leslie Quintana at
6  2521 S. Jackson Avenue, Fresno, California 93725.

7
8  IT IS SO ORDERED.
9  Dated:   **March 8, 2024**

UNITED STATES MAGISTRATE JUDGE